**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DE LEON, | No. C 11-5229 SI |
| Plaintiff, | **ORDER GRANTING REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| BANK OF AMERICA, *et al.*, | |
| Defendants. / | |

Plaintiff's counsel has filed a request for dismissal without prejudice. Pursuant to Federal Rule of Civil Procedure 41(b), the Court hereby GRANTS the request and dismisses this case without prejudice.

**IT IS SO ORDERED.**

Dated: April 5, 2012

SUSAN ILLSTON
United States District Judge